UNITED STATES DISTRICT COURT

DISRICT OF CONNECTICUT

ABDALLA GOWAN FERRIS          :

    Petitioner.          :    CIVIL NOS. 3:03cv483(JCH)

v.          :

IMMIGRATION and
NATURALIZATION SERVICE.          :    October 27, 2003

    Respondent.          :

FILED 2003 NOV -3 A 10: 34

BRIDGEPORT CT

OCT 3 1 2003

## RESPONSE TO ORDER TO SHOW CAUSE

Petitioner, Abdalla Gowan Ferris respectfully submits this response to ask the court to grant the petition requested. Also to have his detainer lifted upon release from state custody whether it is parole, which is to INS (See Attachment 2), or on his discharge date, in which he will be in INS custody.

The plaintiff is fit for all the requirements for a residential placement program except for the fact that he is not a Level 2, which is caused by the detainer. See Respondent's Exhibit H since petitioner's removal hearing was done on November 11, 2002 before his actual parole hearing on December 6, 2002. He was granted parole at 85 percent of his sentence to INS instead of his eligibility date at 50 percent of his sentence. See Attachment 1 and 2. Therefore, the fact that he was given a final order of removal affected his original eligibility date. In addition, an Administrative Review was the type of parole hearing given to the plaintiff not a Rescission hearing. So therefore the respondent's Exhibit E should be dismissed. See Attachment 2.

Respondent claims that the petitioner did not apply for any relief from removal. Let the record show that the petitioner attended one removal hearing at McDougall Correctional Institution in Suffield, not at 450 Main Street, Room 509, in Hartford, Ct, which was the original place for the hearing as stated in respondent's Exhibit A. Plaintiff was represented by Anne Rapkin, ESQ; law offices of Michael Boyle. A relief was never explained to the plaintiff and was quickly denied when asked by the judge if petitioner is seeking any relief. Please see transcripts of Hearing in the Removal Proceedings.

Furthermore, the respondent claims on March 31, 2003, a detainer was placed on petitioner based on aggravated felony conviction. Let the record show that an INS detainer was placed on the petitioner approximately

one month after his sentence was officially started without INS knowing his proper nationality or without a removal hearing. Respondent also claims that petitioner's challenge is to his current detention not his final order of removal. Plaintiff was denied after filing an appeal to the B.I.A. He is only asking the court to lift his detainer with a cash bond or cancellation of deportation, with special probation period for a number of years, in which petitioner could apply for his citizenship. However, this is done upon his release from state custody by parole to INS or his discharge date in which he will be in INS custody.

However, the facts remain that the plaintiff has been living in the United States for 23 years, 15 of which he lived in the State of Connecticut, along with his entire family and his 5 children. The petitioner also presents these statistics about "deadbeat dads" and the effects of absent fathers, which was provided for him by the Embracing Fatherhood Program in which he was a participant.

- 63% of youth suicides are from fatherless homes. (Source: U.S.D.H.H.S., Bureau of the Census).
- 90% of all homeless and runaway children are from fatherless homes.
- 85% of all children that exhibit behavioral disorders come from fatherless homes. (Source of Disease Control).
- 80% of rapist motivated with displaced anger comes from fatherless homes (Source: Criminal Justice & Behavior, Vol. 14).
- 71% of all high school dropouts come from fatherless homes. (Source: National Principals Association Report on the State of High Schools).
- 75% of all adolescent patients in chemical abuse centers come from fatherless homes. (Source: Rainbow for God's Children).
- 85% of all youths sitting in prisons grew up in a fatherless home.

These statistics translate to mean that children from a fatherless home are:

- 5 times more likely to commit suicide.
- 32 times more likely to run away from home.
- 20 times more likely to have behavioral disorders.
- 14 times more likely to commit rape: This applies to boys of course.
- 9 times more likely to dropout of high school.
- 10 times more likely to abuse chemical substances.
- 9 times more likely to end up in a state-operated institution.
- 20 times more likely to end up in prison.

In the event this court decides to deny petitioner's claims, he asks for a 1-year pardon so that petitioner may come back to the United States to visit his family and children instead of being permanently denied entry to the United States. The petitioner states that as a result of his removal from the U.S. to his native country he would be left homeless.

Therefore, petitioner prays to this court that consideration be given not only to him or his family but also

his 5 children who will be left fatherless and wards of the State of Connecticut. Most importantly, the children are the ones who will suffer if plaintiff is permanently removed from the United States.

Respectfully,
THE PETITONER

*Abdalla Ferris* (signature)

Abdalla Gowan Ferris
D.O.C. #200869
Ragowski C. I.
982 Norwich -New London Tpke.

## CERTIFICATION OF SERVICES

This is to certify that a copy of the foregoing was mailed this date October 27, 2003, postage prepaid, to the Office of the US. Attorney, U.S. District Court, Church Street, New Haven, CT 06510.

*Abdalla Ferris*
Abdalla Gowan Ferris
D.O.C. #200869
Radgowski C.I.
982 Norwich-New London Tpke.
Uncasville, CT 06382

Page: 1 Document Name: session1

## COUNSELOR INFORMATION SCREEN

NAME: FERRIS,ABDERELLA G     NUMBER: 200869     DOB: 09/14/1974
LOCATION: WALKER RSMU     STATUS: SENT YR+     SRG/T:
RACE: BLACK     SEX: M     BOND: 9999999
OFFENSE: 21A277A    SALE OF HALLUCIGEN/N

MINIMUM SENT:     Y    M    D     MAXIMUM SENT: 4 Y   M   D
                                       TOTAL EFFECT TERM:   Y   M   D
CONSECUTIVE HLD:
MIN REL DT: 00/00/0000     MAX REL DT: 06/06/2005     EST REL DT: 00/00/0000

PAROLE ELIG DT: 06/06/2003        DETAINER: IMMIGRATION
BASED ON 50 % TO BE SERVED
VOTED TO PAROLE DATE:    00/00/0000        REFER TO BOP FOR MORE INFO
LAST HEARING DISPOSITION:

LAST DISCIPLINARY REPORT: 02/08/1995   OFFENSE: ASSAULT
TOTAL NUMBER OF TICKETS:    3

OVERALL    3     ESCAPE     1    SEV VIOL CURR OFF   2    VIOL HIST   1
LEN CNFNMT   2     DETAINERS   3    DISCIPLINE          1    SRG         1
LAST RISK SCORE CH: 08/14/2001     NEXT REVIEW DATE: 01/25/2002

TRANS: RT51   NUMBER: 00200869   INS   DEPT OF CORRECTION     08/16/200

*— 33 "jail credit* (handwritten)

*Attachment I* (handwritten)

# CONNECTICUT BOARD OF PAROLE
## Hearing Disposition Form

C14C

INMATE NAME: Ferris, Abdalla          NUMBER #0200869
HEARING DATE & LOCATION: 12/6/02 (AR)    INMATE LOCATION: Radgowski
PANEL: Mullen, Dotting          HEARING OFFICER: TW

TYPE OF RELEASE:   X DISCRETIONARY   ___ SPECIAL PAROLE   ___ ESP   ___ MEDICAL PAROLE

TYPE OF HEARING:   ___ FULL PANEL REVIEW   X ADMINISTRATIVE REVIEW   ___ CASE REVIEW
                   ___ REVOCATION HEARING   ___ RESCISSION HEARING   ___ COURTESY HEARING

**THE BOARD TOOK THE FOLLOWING ACTION** (indicated by a check mark):

X PAROLED EFFECTIVE: 1/15/05          RESIDENCE: BPT
   (ON OR AFTER)                                 (CITY/TOWN)

Additional Conditions Required:
___ Parole to the State of ___
X Parole to Detainer (specify) Immigration
___ Contingent upon Continued Participation of
     Program at ___
___ Mental Health Treatment ___
     (specify type)
___ Mental Health Evaluation and Treatment as Deemed Necessary

___ Residential Treatment Program
___ EMP (Electronic Monitoring Program)
___ No Driving
___ No Contact With ___
___ No Consumption of Alcoholic Beverages
___ Recommend DOC Residential Treatment Program
___ OTHER: ___

___ DENIED; No new Parole Hearing (see below for reasons)
___ DENIED; New Parole Hearing Date: ___ (see below for reasons)
___ REVOKED; ___ No New Parole hearing ( ___ FORFEITURE OF S.G.T.: ___ )
              ___ New Parole Hearing Date: ___
              ___ AND REPAROLED EFFECTIVE: ___ (see above for conditions)
___ RESCINDED; ___ No New Parole Hearing
               ___ New Parole Hearing Date: ___
               ___ AND REPAROLED EFFECTIVE: ___ (see above for conditions)
___ REINSTATED
___ ESP ELIGIBLE; Eligibility Date: ___ Hearing Date: ___
___ SPECIAL PAROLE TO FOLLOW; Review Date: ___
___ CONTINUED: ___

**DENIAL REASONS:** DUE TO THE FOLLOWING, THE PANEL HAS CONCLUDED THAT YOU DO NOT MEET THE STATUTORY CRITERIA FOR PAROLE (reasons indicated by a check mark):

___ Nature and/or Circumstances of the Current Office
___ Inadequate Institutional Program Participation
___ Criminal History
___ Poor performance while on (indicated by circle): Probation / Parole / Community Release
___ Current Offense Committed while on (indicated by circle): Probation / Parole / Community Release
___ OTHER (Additional Reasons for Denial; Panel Recommendations; or Reasons for a Continuance):

___ Injury and/or Impact to the Victim(s) or the Victim's Family
___ Poor Institutional Adjustment
___ Deemed Inappropriate for Outpatient Sex Offender Treatment

WHITE COPY - BOARD OF PAROLE          YELLOW COPY = D.O.C. RECORDS          PINK COPY - INMATE
Rev. 03/02

Attachment 2

AUG-13-2001  11:43       WALKER ASSESSMENT              860 292 3495    P.01/01

**U.S. Department of Justice**
**Immigration and Naturalization Service**                              **Immigration Detainer - Notice of Action**

| File No. | A 36 797 371 |
|---|---|
| Date: | 8-13-01 |

**TO:** (Name and title of institution)
Warden
Walker RSMU

**FROM:** (INS office address)
U.S. IMMIGRATION AND NATURALIZATION SERVICE
450 MAIN STREET
HARTFORD, CT 06103-3060

Name of alien: Abdalla FERRIS #200869

Date of birth: 9-14-74    Nationality: Jamaica    Sex: M

You are advised that the action noted below has been taken by the Immigration and Naturalization Service concerning the above-named inmate of your institution:

☒ Investigation has been initiated to determine whether this person is subject to removal from the United States.

☐ A Notice to Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on _____ (Date)

☐ A warrant of arrest in removal proceedings, a copy of which is attached, was served on _____ (Date)

☐ Deportation or removal from the United States has been ordered.

It is requested that you:

Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work and quarters assignments, or other treatment which he or she would otherwise receive.

☒ Federal regulations (8 CFR 287.7) require that you detain the alien for a period not to exceed 48 hours (excluding Saturdays, Sundays and Federal holidays) to provide adequate time for INS to assume custody of the alien. You may notify INS by calling __240-3012__ during business hours or _____ after hours in an emergency.

☒ Please complete and sign the bottom block of the duplicate of this form and return it to this office. ☐ A self-addressed stamped envelope is enclosed for your convenience. ☐ Please return a signed copy via facsimile to _____ (Area code and facsimile number)

Return fax to the attention of __Investigations__ at __860-240-3526__

☒ Notify this office of the time of release at least 30 days prior to release or as far in advance as possible.

☒ Notify this office in the event of the inmate's death or transfer to another institution.

☐ Please cancel the detainer previously placed by this Service on _____

_(Signature of INS official)_       Assistant Officer in charge
                                    (Title of INS official)

Receipt acknowledged:                                   21A277A

Date of latest conviction: 7/10/2001    Latest conviction charge: SALE OF HALLUCIGEN/NARCOTIC
Estimated release date: 5/6/05

Signature and title of official: Walt Twarosch  Office Asst.

Attachment 3

3:03 cv 483 (JCH)

Abdalla Ferris
Ragowski C.I.
982 Norwich-New London Tpke.
Uncasville, CT 06382