UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

ABDALLA GOWAN FERRIS

2004 FEB -6  P 2: 30

v.

3:03CV483 JCH

US DIS...
BRI...

IMMIGRATION AND NATURALIZATION
SERVICE

## JUDGMENT

This matter came on before the Honorable Janet C. Hall, United States District Judge, as a result of plaintiff's petition for writ of habeas corpus.

The Court heard oral argument and has reviewed all of the papers filed in conjunction with the petition and on February 3, 2004, entered a Ruling on Petition for Writ of Habeas Corpus, denying the petition.

Therefore, it is ORDERED and ADJUDGED that the petition for writ of habeas corpus is denied and the case is closed.

Dated at Bridgeport, Connecticut, this 6th day of February, 2004.

KEVIN F. ROWE, Clerk

By _Catherine Boroskey_
Catherine Boroskey
Deputy Clerk

Entered on Docket _____