CTYcvmhrg (January 10, 2002)    03CV483 MINOUT

HONORABLE **HALL**
DEPUTY CLERK **BOROSKEY**    (R.)TR/ERO/TAPE **FIDANZA**

TOTAL TIME: ___ hours **20** minutes

DATE **1-26-04**    START TIME **10:15**    END TIME **10:35**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. **3:03CV483JCH**

**FERRIS**

vs.

**INS**

§
§    **ABDALLA FERRIS (PRO SE)**
§    Plaintiffs Counsel
§    ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§    **DOUGLAS MORIBITO**
§    Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

- [x] (mhrgh) Motion Hearing
- [ ] (confmhrg.) Confirmation Hearing
- [ ] (showhrg.) Show Cause Hearing
- [ ] (contmphrg.) Contempt Hearing
- [ ] (evidhrg.) Evidentiary Hearing
- [ ] (jgmdbexam.) Judgment Debtor Exam
- [ ] (pchrg.) Probable Cause Hearing
- [ ] (fairhrg.) Fairness Hearing
- [ ] (stlmthrg.) Settlement Hearing
- [ ] (mischrg.) Miscellaneous Hearing

**MOTION DOCUMENT NO.**

Motion **PETITION FOR WRIT** — ☐ granted ☐ denied ☑ advisement

Hearing continued until _____ at _____