# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**FILED**

2004 MAR -3  P 1: 36

US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| Abdalla Gowan Ferris | : |
| Petitioner. | : CIV. NO. 3:03cv483(JCH) |
| | : |
| IMMIGRATION and | : |
| NATURALIZATION SERVICES. | : February 25, 2004 |
| Respondent. | : |

## NOTICE TO APPEAL

The petitioner, Abdalla Ferris, is appealing the District Court decision, because he believes his petition was denied due to the fact that petitioner did not clearly state the relief requested and also the court claimed petitioner has not exhaust all his administrative remedies. However, the petitioner's intentions was not on getting out of prison early, but on challenging his final order of deportation.

The facts remain the same, the petitioner is 29 years old, and has lived in the United States for 23 years since he was 6 years old. **ALL** his family, his parents, grandmother, 3 sisters all live in Connecticut. He has absolutely no family members his native country. Petitioner also has 5 children whom he supports ranging in age from 12 years to 3 years old.

Since the petitioner's religious preference is Islam, he fears for his life and persecution because of his religious beliefs in the event of his deportation. Since he has no family back in his native country he will be left homeless. It is also a proven fact that people that return to their island following a period of incarceration have been met with violence, rejection and were not able to obtain employment of any kind.

For the record, the petitioner feels his deportation is equivalent to life in prison or the death penalty. Therefore, petitioner asks this court to grant him **ASYLUM or THE WITH HOLDING OF REMOVAL RELIEF.** Within his release on bond or conditional parole upon release from state custody.

Respectfully,
THE PETITIONER

*Abdalla G. Ferris*
Abdalla Gowan Ferris
D.O.C. #200869
Ragowski C. I.
982 Norwich-New London Tpke.

## CERTIFICATION OF SEVICE

This is to certify that a copy of the foregoing petition was mailed this date, postage prepaid to the U.S. District Court: 915 Lafayette Blvd; Bridgeport, CT, and to the U.S. Attornty: 141 Church Street, New Haven, CT 06510.

*Abdalla G. Ferris*
Abdalla Gowan Ferris
D.O.C. #200869
Ragowski C.I.
982 Norwch-New London Tpke
Uncasville, CT 06382